THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH GAHAN, | CASE NO. C19-0415-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK NA *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On December 4, 2019, the Court ordered Plaintiff to show cause why (1) she should not be sanctioned for failing to appear at the December 4 status conference and (2) why her case should not be dismissed for failure to prosecute. (Dkt. No. 18.) On December 16, 2019, Plaintiff filed a notice of voluntary dismissal. (Dkt. No. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that notice was self-executing, and the case was terminated on December 17, 2019. Plaintiff's voluntary dismissal of the case renders the Court's order to show cause moot. The Court therefore RESCINDS its order to show cause (Dkt. No. 18).

//

//

DATED this 23rd day of December 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk